| United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**SOLERA HOLDINGS L.L.C.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): **13-3912041** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**216 EAST 53RD STREET**<br>**NEW YORK, NEW YORK**<br>ZIP CODE **10022** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**NEW YORK** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**216 EAST 53RD STREET**<br>**NEW YORK, NEW YORK** | ZIP CODE **10022** |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests: _____
Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**SOLERA HOLDINGS L.L.C.** |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) |||
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**RUFINO LOPEZ** | Case Number:<br>**13-23188 (RDD)** | Date Filed:<br>**7/16/2013** |
| District:<br>**S.D.N.Y.** | Relationship:<br>**MANAGING MEMBER** | Judge:<br>**RDD** |

| Exhibit A<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | Exhibit B<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X    **Not Applicable**<br>        Signature of Attorney for Debtor(s)        Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**SOLERA HOLDINGS L.L.C.** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **Not Applicable**<br>Signature of Debtor<br><br>X **Not Applicable**<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X **Not Applicable**<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney**<br><br>X  /s/ A. Mitchell Greene<br>Signature of Attorney for Debtor(s)<br><br>**A. MITCHELL GREENE  Bar No.**<br>Printed Name of Attorney for Debtor(s) / Bar No.<br><br>**ROBINSON BROG LEINWAND GREENE ET AL.**<br>Firm Name<br><br>**875 THIRD AVENUE 9TH FLOOR**<br>Address<br>**NEW YORK, NY  10022**<br><br>**212-603-6300**<br>Telephone Number<br><br>**7/23/2013**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>**Not Applicable**<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X **Not Applicable**<br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X  /s/<br>Signature of Authorized Individual<br><br>**RUFINO LOPEZ**<br>Printed Name of Authorized Individual<br><br>**MANAGING MEMBER**<br>Title of Authorized Individual<br><br>**7/23/2013**<br>Date | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

In re:                                                              Chapter 11

**SOLERA HOLDINGS L.L.C.,**                                         Case No.: 13

Debtor.
------------------------------------------------------X


# CERTIFICATE OF RESOLUTION

I, the undersigned, **Rufino Lopez,**, the Managing Member of **Solera Holdings L.L.C.** (the "Company"), do hereby certify that at a meeting of the Company duly called and held, the following resolutions were adopted and recorded in the Minute Book of the Company, and they have not been modified or rescinded, and are still in full force and effect:

> **"RESOLVED,** that in the judgment of the Company it is desirable and in the best interest of the Company, its creditors, members and other interested parties, that a petition be filed by the Company for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and it is further
>
> **"RESOLVED,** that the form of petition under Chapter 11 presented to this meeting is approved and adopted in all respects, and that Rufino Lopez, the Managing Member of the Company, is authorized to execute and verify a petition substantially in such form and to cause the same to be filed with the United States Bankruptcy Court for the Southern District of New York at such time as he shall determine; and it is further
>
> **"RESOLVED,** that Rufino Lopez, the Managing Member of the Company, is authorized to execute and file all petitions, reorganization schedules, lists and other papers and to effectuate the filing of the Chapter 11 case, and, in that connection, that the firm of Robinson Brog Leinwand Greene Genovese & Gluck P.C. be retained and employed as legal counsel for the Company under a general retainer, in addition to such special counsel as may

hereafter become necessary or proper with a view to the successful conclusion of such Chapter 11 case."

**IN WITNESS WHEREOF,** I have hereunto set my hand and seal of the Company this 23rd day of July, 2013.

        **SOLERA HOLDINGS L.L.C.**

By: _____
      RUFINO LOPEZ, MANAGING MEMBER

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

In re:                                          Chapter 11

**SOLERA HOLDINGS L.L.C.,**                     Case No.: 13

Debtor.
------------------------------------------------------X

## AFFIRMATION PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2

**Rufino Lopez**, affirms, to the best of my knowledge, as follows:

1. I am the Managing Member of Solera Holdings L.L.C. (the "Debtor"). I am fully familiar with the facts set forth herein, and am authorized to make this Affirmation on behalf of the Debtor.

2. The Debtor owns the real property located at 216 East 53rd Street, New York, New York which property is improved by a four story building (the "Property").

3. No pre-petition committee was organized prior to the Order for relief.

4. The Debtor's Secured Creditors are:

BREAKERS CAPITAL, LLC
C/O FELDMAN & ASSOCIATES, PLLC
33 EAST 33RD STREET, SUITE 802
NEW YORK, NEW YORK 10016

NYC DEPARTMENT OF
FINANCE
ATTN: LEGAL
AFFAIRS - DEVORA
COHN, 345 ADAMS
STREET, 3RD FL
BROOKLYN, NY 11201

NYC DEPARTMENT OF
ENVIRONMENTAL
PROTECTION
58-17 JUNCTION
BOULEVARD
13TH FLOOR
FLUSHING, NY 11373

5.  The names and addresses of the twenty largest unsecured creditors, excluding insiders, appears on Schedule "A" to this Affidavit.

6.  To the best of my knowledge, there is one suit pending against the Debtor: Breakers Capital, LLC v. Solera Holdings, et. al., Index No. 850046/2012, Supreme Court of New York, New York County.

7   The purpose of filing this petition is to preserve the assets of the Debtor for the benefit of the creditors and equity holders, and to preserve priorities of creditors.

8.  The estimated amount of payroll due to the Debtor's employees, excluding officers, for a period of thirty days following the filing of the petition is $0. No salaries are currently being paid to Debtor's officers.

9.  The Debtor's estimate of its income and expenses through August 31, 2013 is as follows:

| | |
|---|---|
| Rental Income | $22,000 |
| Expenses | |
| Water | $1,000 |
| Taxes | $7,500 |
| Utilities | $800 |

Insurance       $1,700

Total Expenses:       $11,000

Total Net Profit:       $11,000

10. The Debtor's financial difficulties were caused by, among other things, the general economic climate, a partnership dispute and excessive default interest rates alleged by the Debtor's secured creditor.

11. The Debtor has made no public offering of its securities and no securities issued by the Debtor are publicly held.

12. The foregoing affirmation and documents filed concurrently therewith are made to the best of my knowledge and prepared under exigent circumstances in order to effectuate an emergency bankruptcy filing and are subject to amendment.

Dated: New York, New York
       July 23, 2013

                           **SOLERA HOLDINGS L.L.C.**

                           By:_____
                              RUFINO LOPEZ, MANAGING MEMBER

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re **SOLERA HOLDINGS L.L.C.**, Case No. _____

Debtor

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| LAWRENCE MORRISON<br>287 SPRING STREET<br>NEW YORK, NY 10013 | | | UNLIQUIDATED | $35,000.00 |
| WILLIAM PARADISO &<br>ASSOCIATES, INC.<br>24 EAST PARK AVENUE<br>LONG BEACH, NY 11561 | | | UNLIQUIDATED | $3,800.00 |
| CLARKSON AIR<br>69-14 ELIZABETH AVENUE<br>ARVERNE, NY 11692 | | | UNLIQUIDATED | $2,537.78 |
| FIRST INSURANCE FUNDING CORP.<br>P.O. BOX 66468<br>CHICAGO, IL 60666-0468 | | | | $1,953.36 |
| NYC DEPT OF BUILDINGS<br>280 BROADWAY, 3RD FLOOR<br>NEW YORK, NY 10007 | | | | $1,000.00 |
| CON EDISON<br>COOPER STATION<br>PO BOX 138<br>NEW YORK, NY 10276 | | | | $465.38 |

B4 (Official Form 4) (12/07)4 -Cont.

In re  **SOLERA HOLDINGS L.L.C.**                                            , Case No. _____

Debtor                                                      Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| PEACE OF MIND PEST CONTROL<br>142 BAY 44TH STREET<br>BROOKLYN, NEW YORK 11214 | | | | $450.00 |
| NYC DEPT OF ENVIRONMENTAL PROTECTION<br>58-17 JUNCTION BOULEVARD<br>13TH FLOOR<br>FLUSHING, NY 11373 | | | UNLIQUIDATED | |
| A. D. WINSTON SERVICE INC.<br>43-15 36TH STREET<br>LONG ISLAND CITY, NY 11101 | | | UNLIQUIDATED | |
| COMMUNITY PLUMBING<br>370 EAST 134TH STREET<br>BRONX, NY 10454 | | | UNLIQUIDATED | |
| NEW YORK BEST FINISH CONRACTING<br>528 4TH AVENUE<br>BROOKLYN, NEW YORK 11215 | | | UNLIQUIDATED | |
| NYC DEPARTMENT OF FINANCE<br>ATTN: LEGAL AFFAIRS - DEVORA COHN<br>345 ADAMS STREET, 3RD FL<br>BROOKLYN, NY 11201 | | | UNLIQUIDATED | |

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re:  **SOLERA HOLDINGS L.L.C.**

Debtor

Case No. _____

Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of **3** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:  **7/23/2013**

Signed: _____
**RUFINO LOPEZ**

Signed:  /s/ A. Mitchell Greene
**A. MITCHELL GREENE**
Attorney for Debtor(s)
Bar no.:
**ROBINSON BROG LEINWAND GREENE ET AL.**
**875 THIRD AVENUE**
**9TH FLOOR**
**NEW YORK, NY**
**10022**
Telephone No.:  **212-603-6300**
Fax No.:
E-mail address:

A. D. WINSTON SERVICE INC.
43-15 36TH STREET
LONG ISLAND CITY, NY 11101

BREAKERS CAPITAL LLC
619 WEST 54TH STREET
NEW YORK, NEW YORK 10019

CLARKSON AIR
69-14 ELIZABETH AVENUE
ARVERNE, NY 11692

COMMUNITY PLUMBING
370 EAST 134TH STREET
BRONX, NY 10454

CON EDISON
COOPER STATION
PO BOX 138
NEW YORK, NY  10276

CORP. COUNSEL FOR NEW YORK CITY
52 DUANE STREET
NEW YORK, NY 10007

FELDMAN & ASSOCIATES, PLLC
ATTN: EDWARD FELDMAN
33 EAST 33RD STREET
SUITE 802
NEW YORK, NEW YORK 10016

FIRST INSURANCE FUNDING CORP.
P.O. BOX 66468
CHICAGO, IL 60666-0468

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19114

```
LAWRENCE MORRISON
287 SPRING STREET
NEW YORK, NY 10013




NEW YORK BEST FINISH CONRACTING
528 4TH AVENUE
BROOKLYN, NEW YORK 11215




NEW YORK STATE DEPARTMENT OF FINANC
BANKRUPTCY/SPECIAL PROCEDURES SECT
P.O. BOX 5300
ALBANY, NY 12205-0300




NYC DEP
P.O. BOX 371488
PITTSBURGH, PA 15250




NYC DEPARTMENT OF FINANCE
ATTN: LEGAL AFFAIRS - DEVORA COHN
345 ADAMS STREET, 3RD FL
BROOKLYN, NY 11201




NYC DEPARTMENT OF FINANCE
66 JOHN STREET
ROOM 104
NEW YORK, NY 10038




NYC DEPT OF BUILDINGS
280 BROADWAY, 3RD FLOOR
NEW YORK, NY 10007




NYC DEPT OF ENVIRONMENTAL PROTECTIO
58-17 JUNCTION BOULEVARD
13TH FLOOR
FLUSHING, NY 11373




NYC WATER BOARD
P.O. BOX 410
NEW YORK, NY 10008-0410
```

NYS UNEMPLOYMENT INSURANCE FUND
P.O. BOX 551
ALBANY, NY 12201


OFFICE OF THE ATTORNEY GENERAL
THE CAPITOL
ALBANY, NY 12224


PEACE OF MIND PEST CONTROL
142 BAY 44TH STREET
BROOKLYN, NEW YORK 11214


RUFINO LOPEZ
216 EAST 53RD STREET
NEW YORK, NEW YORK 10022


RUFINO LOPEZ
216 EAST 53RD STREET
NEW YORK, NY 10022


US ATTORNEY OFFICE - SDNY
86 CHAMBERS STREET
NEW YORK, NEW YORK 10007


WILLIAM PARADISO & ASSOCIATES, INC.
24 EAST PARK AVENUE
LONG BEACH, NY 11561