Hearing Date: February 4, 2014 at 10:00 a.m.

**ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.**
875 Third Avenue
New York, New York 10022
Telephone: (212) 603-6300
Facsimile: (212) 956-2164
**A. Mitchell Greene**
*Proposed Attorneys for the Debtor and Debtor
in Possession*
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ------------------------------------------------------- X |  |
|  : | Chapter 11 |
| In re:  : |  |
|  : | Case No.: 13-20006 (RDD) |
| **SOLERA HOLDINGS L.L.C.**  : |  |
|  :: |  |
| Debtor.  : |  |
|  : |  |
| ------------------------------------------------------- X |  |

## NOTICE OF ADJOURNMENT OF HEARING

**PLEASE TAKE NOTICE** that the hearing on above-captioned Debtor's Motion for Entry of an Order Extending the Debtor's Exclusive Right to File Plan of Reorganization and to Solicit Acceptances With Respect Thereto to be held on January 22, 2014 at 10:00 a.m. in the United States Bankruptcy Court, Southern District of New York at 300 Quarropas Street, White Plains, New York 10601, has been adjourned to February 4, 2014 at 10:00 a.m. at the same location.

**DATED:**  New York, New York
January 16, 2014

                                       **ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.
Attorneys for the Debtor and Debtor in Possession**
875 Third Avenue
New York, New York 10022


By:/s/  A. Mitchell Greene
      **A. Mitchell Greene**

{00654154.DOC;1 }