Rubin LLC
345 Seventh Avenue, 21st Floor
New York, NY 10001
Tel:  212. 390.8054
Fax: 212.390.8064
E-mail:  prubin@rubinlawllc.com
Paul A. Rubin

Counsel for Breakers Capital LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                                                  Chapter 11

SOLERA HOLDINGS L.L.C.,                               Case No. 13-20006 (RDD)

        Debtor.
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

    I, Paul Rubin, hereby declare, under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that:

    1.    On April 4, 2014 I caused to be served a true and correct copy of the *Objection of Breakers Capital LLC to Debtor's Disclosure Statement for Plan of Liquidation dated March 3, 2014* [Docket No. 81] using the Court's ECF system, and via United States mail (postage prepaid) and via e-mail upon the following persons at the addresses indicated below:

        A. MITCHELL GREENE, ESQ.
        Robinson Brog Leinwand, Greene
        875 Third Avenue
        New York, NY 10022
        amg@robinsonbrog.com

        and

OFFICE OF THE UNITED STATES TRUSTEE
US Federal Office Building
201 Varick St, Suite 1006
New York, NY 10014
Andrea Schwartz, Esq.
Andrea.B.Schwartz@usdoj.gov

Dated: New York, NY
April 4, 2014

RUBIN LLC

By: ___/s/ Paul A.Rubin___
   Paul A. Rubin

345 Seventh Avenue, 21st Floor
New York, NY 10001
(212) 390.8054
(212) 390.8064 (fax)
prubin@rubinlawllc.com

*Attorneys for Breakers Capital LLC*

2