UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:                                                                                   Chapter 11

**SOLERA HOLDINGS L.L.C.,**                                   Case No:  13-20006 (RDD)

                                    Debtor.

-----------------------------------------------------------X

### ORDER APPROVING DEBTOR'S DISCLOSURE STATEMENT, FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN, FIXING TIME FOR CONFIRMATION HEARING AND GRANTING RELATED RELIEF

**Solera Holdings L.L.C.,** the debtor and debtor in possession herein (the "Debtor"), having filed its Amended Plan of Liquidation of Solera Holdings L.L.C., dated April 10, 2014 (the "Plan"), and its Amended Disclosure Statement for Plan of Liquidation of Solera Holdings L.L.C., dated April 10, 2014 (the "Disclosure Statement") with this Court; and proof of due and timely service of the Notice of Motion for Order Approving Disclosure Statement, Fixing Time for filing Acceptances or Rejections of Plan, Fixing Time for Confirmation Hearing and Granting Related Relief having been filed with the Court (the "Motion"); and the Objection of Breakers Capital LLC to the Motionand Debtor's Disclosure Statement for Plan of Liquidation Dated March 3, 2014 having been resolved by the terms of the Disclosure Statement; and there being no other objections to the Motion; and upon the record of the hearing held by the Court on the Motion on April 11, 2014; and after due deliberation the Court having found and concluded that the Disclosure Statement contains adequate information for purposes of 11 U.S.C. § 1125 and that the Plan should be subject to

{00663350.DOC;2 }

the solicitation of acceptances and noticed for a hearing on confirmation; and sufficient cause appearing, it is

**ORDERED**, that the Motion is granted; and it is further

**ORDERED**, that the Disclosure Statement, dated April 10, 2014, a copy of which is filed as ECF Doc No. 85, is approved as containing adequate information within the meaning of 11 U.S.C. §1125; and it is further

**ORDERED**, that the Debtor is authorized to solicit acceptances of the Plan and is directed to transmit a copy of the Plan, the Disclosure Statement, a ballot conforming with Official Form 14, and this Order (collectively, the "Solicitation Package") to all holders equity interests entitled under the Plan to vote to accept or reject the Plan, not later than April 17, 2014; and it is further

**ORDERED**, that holders of unimpaired claims in classes 1 through 4 shall receive a copy of the Plan, the Disclosure Statement, this Order and a notification of non-voting status, as such classes are designated under the Plan as not entitled to vote to accept or reject the Plan; and it is further

ORDERED, that to be counted for voting purposes, all ballots of holders of class 5 equity interests must be completed, signed and delivered to the Debtor's balloting agent **Robinson Brog Leinwand Greene Genovese & Gluck P.C.**, **875 Third Avenue, New York, New York 10022, Attention: Steven B. Eichel,** <u>so as to be actually received no later than May 19, 2014 at 5:00 p.m.</u> (the "Voting Deadline"); and it is further

{00663350.DOC;2 }

2

**ORDERED**, that **May 19, 2014** is fixed as the last date by which written objections, if any, to the confirmation of the Plan must be filed with the Court and received by **Robinson Brog Leinwand Greene Genovese & Gluck P.C.**, attorneys for the Debtor, at **875 Third Avenue, New York, New York 10022, Attention: A. Mitchell Greene, with a copy to the Court's chambers**; and it is further

**ORDERED**, that the hearing on confirmation of the Plan shall commence before the **Honorable Robert D. Drain** on **May 22, 2014 at 10:00 a.m.**, at the **United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601**.

**DATED:**     White Plains, New York
              April 15, 2014

/s/Robert D. Drain
**HONORABLE ROBERT D. DRAIN**
**UNITED STATES BANKRUPTCY JUDGE**