**ROBINSON BROG LEINWAND GREENE
 GENOVESE & GLUCK P.C.**
875 Third Avenue, 9th Floor
New York, New York 10022
**A. Mitchell Greene, Esq.**
*Proposed Attorneys for the Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In Re:

**SOLERA HOLDINGS L.L.C.,**

        Debtor.
----------------------------------------------------------X

Chapter 11

Case No: 13-20006 (RDD)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                ss.:
COUNTY OF NEW YORK   )

      **TINA FOGEL**, being duly sworn, deposes and says:

1. I am not a party to the action, am over 18 years of age and reside in New York, N.Y.

2. On the **6th day of May, 2014,** I served *NOTICE OF DEBTOR'S MOTION and MOTION FOR ENTRY OF ORDER EXTENDING EXCLUSIVE RIGHT TO SOLICIT ACCEPTANCES WITH RESPECT TO ITS AMENDED PLAN OF LIQUIDATION AND FOR RELATED RELIEF* via FIRST CLASS MAIL upon:

      *ALL PARTIES ON THE ANNEXED SERVICE LIST*

by depositing true copies of same enclosed in post-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

| | |
|---|---|
| Sworn to before me this | /s/TINA FOGEL |
| **6th** day of **May, 2014** | **TINA FOGEL** |

 /S/ Robert M. Sasloff
**Notary Public, State of New York**
No. 02SA4966401
Qualified in Kings County
Commission Expires 5-7-2018

674354

**SOLERA  SERVICE LIST  MAY 6, 2014**

OFFICE OF THE UNITED STATES TRUSTEE
US FEDERAL OFFICE BUILDING
201 VARICK STREET, SUITE 1006
NEW YORK, NEW YORK 10014

HUGH H. SHULL, ESQ., ASSISTANT CORPORATION COUNSEL
MICHAEL A. CARDOZO, ESQ.
CORPORATION COUNSEL OF THE CITY OF NEW YORK
ATTORNEY FOR THE CITY OF NEW YORK
100 CHURCH STREET
NEW YORK, NEW YORK 10007-2668

WHITE PLAINS DIVISION
300 QUARROPAS STREET
WHITE PLAINS, NY 10601-4140

CORP. COUNSEL FOR NEW YORK CITY
TAX AND BANKRUPTCY DIVISION
100 CHURCH STREET
NEW YORK, NEW YORK 10007-2604

PAUL A. RUBIN
RUBIN LLC
345 SEVENTH AVENUE
NEW YORK, NEW YORK 10001

A. D. WINSTON SERVICE INC.
43-15 36TH STREET
LONG ISLAND CITY, NY 11101

BREAKERS CAPITAL LLC
619 WEST 54TH STREET
NEW YORK, NEW YORK 10019

CLARKSON AIR
69-14 ELIZABETH AVENUE
ARVERNE, NY 11692

COMMUNITY PLUMBING
370 EAST 134TH STREET
BRONX, NY 10454

CON EDISON
COOPER STATION
PO BOX 138
NEW YORK, NY  10276

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.
4 IRVING PLACE  ROOM1875-S
NEW YORK, NEW YORK 10003-3502
ATTENTION: BANKRUPTCY GROUP

CORP. COUNSEL FOR NEW YORK CITY
52 DUANE STREET
NEW YORK, NY 10007

FELDMAN & ASSOCIATES, PLLC
ATTN: EDWARD FELDMAN
33 EAST 33RD STREET, SUITE 802
NEW YORK, NEW YORK 10016

FIRST INSURANCE FUNDING CORP.
P.O. BOX 66468
CHICAGO, IL 60666-0468

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19114

JAPANESE EXECUTIVE CLUB
216 EAST 53RD STREET, 3RD FLOOR
NEW YORK, NEW YORK 10022

LAWRENCE MORRISON
287 SPRING STREET
NEW YORK, NY 10013

NEW YORK BEST FINISH CONRACTING
528 4TH AVENUE
BROOKLYN, NEW YORK 11215

NEW YORK STATE DEPARTMENT OF FINANCE
BANKRUPTCY/SPECIAL PROCEDURES SECTION
P.O. BOX 5300
ALBANY, NY 12205-0300

NYC DEP
P.O. BOX 371488
PITTSBURGH, PA 15250

NYC DEPARTMENT OF FINANCE
ATTN: LEGAL AFFAIRS - DEVORA COHN
345 ADAMS STREET, 3RD FLOOR
BROOKLYN, NEW YORK 11201

NYC DEPARTMENT OF FINANCE
66 JOHN STREET, ROOM 104
NEW YORK, NY 10038

NYC DEPT OF BUILDINGS
280 BROADWAY, 3RD FLOOR
NEW YORK, NY 10007

NYC DEPT OF ENVIRONMENTAL PROTECTION
58-17 JUNCTION BOULEVARD, 13TH FLOOR
FLUSHING, NY 11373

NYC WATER BOARD
P.O. BOX 410
NEW YORK, NY 10008-0410

NYS UNEMPLOYMENT INSURANCE FUND
P.O. BOX 551
ALBANY, NY 12201

OFFICE OF THE ATTORNEY GENERAL
THE CAPITOL
ALBANY, NY 12224

PEACE OF MIND PEST CONTROL
142 BAY 44TH STREET
BROOKLYN, NEW YORK 11214

RUFINO LOPEZ
216 EAST 53RD STREET
NEW YORK, NY 10022

SOLERA CORP.
216 EAST 53RD STREET, FIRST FLOOR
NEW YORK, NEW YORK 10022

SOLERA HOLDINGS L.L.C.
216 EAST 53RD STREET
NEW YORK, NEW YORK 10022-5201

UNITED STATES ATTORNEY'S OFFICE - SDNY
86 CHAMBERS STREET
NEW YORK, NEW YORK 10007

VILANO FAMILY LIMITED PARTNERSHIP
120 WEST 58TH STREET, SUITE 3D
NEW YORK, NY 10019

WILLIAM PARADISO & ASSOCIATES, INC.
24 EAST PARK AVENUE
LONG BEACH, NY 11561

FRANK VILLANO
174 HEGEMANS LANE
GLEN HEAD, NY 11545

PARKING VIOLATIONS BUREAU
210 JORALEMON AVENUE
BROOKLYN, NY 11201

SOLERA CORP.
216 EAST 53RD STREET
NEW YORK, NEW YORK 10022-5201

OFFICE OF THE SHERIFF
111 GROVE STREET
WHITE PLAINS, NY 10601

WESTCHESTER COUNTY DEPT
PUBLIC SAFETY  CIVIL BUREAU
110 GROVE STREET, ROOM L217
WHITE PLAINS, NY 10601